

Abigail S. Badway
1155 Avenue of the Americas
26th Floor
New York, NY 10036
(T): 646.921.5741
abadway@beneschlaw.com

July 17, 2026

**VIA CM/ECF**

The Honorable Judge Esther Salas
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

> **Re:** ***Connexions Data Inc. v. Abbott Laboratories Inc., Dell Marketing L.P., and Norwin Technologies LLC,* 2:26-cv-0727 — Unopposed Request for Extension of Time to Answer or Otherwise Respond to Second Amended Complaint**

Your Honor:

Defendant Abbott Laboratories Inc. ("Abbott") respectfully makes this second request to extend the deadline to answer or otherwise respond to Plaintiff Connexions Data Inc.'s ("Plaintiff") Second Amended Complaint ("Complaint") by 21 days up to and through August 14, 2026. This request is unopposed by Plaintiff's counsel and will not affect any discovery or hearing dates. Good cause exists for this short extension, as set forth herein.

Once served, Abbott engaged outside counsel and subsequently began to investigate the allegations in the Complaint as well as engage in removal proceedings. Based on its initial review and investigation, Abbott was unable to identify the contract or alleged privity between Abbott and Plaintiff. Abbott also observed some factual gaps, as it relates to the claims asserted. Abbott correspondingly communicated the same to Plaintiff's counsel who agreed to provide Abbott with certain documents relied upon in framing the complaint. Abbott intends to work with Plaintiff's counsel to narrow the issues before burdening the Court with a responsive pleading or motion practice.

To that end, Plaintiff's counsel agreed to look for and provide certain documents forming the basis of Abbott's initial extension request. Plaintiff's counsel thus far has been unable to provide the requested documentation due to a personal conflict. This documentation is necessary for Abbott to determine whether to move to dismiss or answer Plaintiff's complaint, or conversely whether Plaintiff seeks to amend its complaint further. Abbott would like to allow Plaintiff the courtesy of attending to his personal matters. Plaintiff's counsel correspondingly agreed to an extension up to and including August 14, 2026 to allow the parties additional time to confer in good faith regarding the privity and pleading issues.

The Honorable Esther Salas
July 17, 2026
Page 2

Abbott believes that this extension will serve judicial efficiency. The parties have agreed to use the additional time to confer on threshold issues, including the contractual privity question and the specificity of the fraud allegations, with the goal of narrowing the dispute before responsive pleadings are filed. Abbott is hopeful that this conferral may reduce or simplify motions practice that would otherwise follow.

This is Abbott's second request for an extension. It is unopposed, modest in duration, and will not prejudice any party or affect any existing dates in this case.

For the foregoing reasons, and in the interests of good cause and judicial efficiency, Abbott respectfully requests that the Court extend its deadline to answer or otherwise respond to the Second Amended Complaint up to and including **August 14, 2026**.

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Abigail S. Badway*

Abigail S. Badway

28952644 v1